B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF SOUTH CAROLINA<br>COLUMBIA DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Phillips, Jr., James Bennett** | Name of Joint Debtor (Spouse)  (Last, First, Middle):<br>**Phillips, Michelle Allen** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba Mower Madness** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Michelle Allen; fka Michelle Talbot; fka Michelle Allen Talbott; aka S. MIchelle Allen Phillips; aka Stephanie Michelle Allen** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  **xxx-xx-4213** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  **xxx-xx-5896** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1868 E. Sandhurst Drive**<br>**Florence, SC** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1868 E. Sandhurst Drive**<br>**Florence, SC** |
| ZIP CODE **29505** | ZIP CODE **29505** |
| County of Residence or of the Principal Place of Business:<br>**Florence** | County of Residence or of the Principal Place of Business:<br>**Florence** |
| Mailing Address of Debtor (if different from street address):<br>**1868 E. Sandhurst Drive**<br>**Florence, SC** | Mailing Address of Joint Debtor (if different from street address):<br>**1868 E. Sandhurst Drive**<br>**Florence, SC** |
| ZIP CODE **29505** | ZIP CODE **29505** |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**    (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined by 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **James Bennett Phillips, Jr.**<br>**Michelle Allen Phillips** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**   **/s/ Michael J. Cox**                                01/29/2008<br>    **Michael J. Cox**                                                Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008 (Build 9.0.6.1, ID 0087480736)*

B1 (Official Form 1) (1/08)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): **James Bennett Phillips, Jr.** |
|---|---|
| *(This page must be completed and filed in every case)* | **Michelle Allen Phillips** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ James Bennett Phillips, Jr.
_____
**James Bennett Phillips, Jr.**

**X**  /s/ Michelle Allen Phillips
_____
**Michelle Allen Phillips**

_____
Telephone Number (If not represented by attorney)

**01/29/2008**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X**  /s/ Michael J. Cox
_____
**Michael J. Cox**              Bar No. **0339**

**Michael J. Cox Atty at Law, LLC**
**PO Box 475**
**Columbia, SC 29202**

Phone No. **(803) 254-6041**      Fax No. **(803) 256-8121**

01/29/2008
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

**X**
_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

IN RE:   **James Bennett Phillips, Jr.**                                    Case No. _____
         **Michelle Allen Phillips**                                                        (if known)

                Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

IN RE:   **James Bennett Phillips, Jr.**                     Case No. _____
          **Michelle Allen Phillips**                                              (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ James Bennett Phillips, Jr.**
                              James Bennett Phillips, Jr.

Date:   **01/29/2008**

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

IN RE:  **James Bennett Phillips, Jr.**                          Case No. _____
         **Michelle Allen Phillips**                                               (if known)

                     Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request.  You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  A motion for extension must be filed within the 30-day period.  Failure to fulfill these requirements may result in dismissal of your case.  If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

IN RE:  **James Bennett Phillips, Jr.**                    Case No. _____
       **Michelle Allen Phillips**                                                (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Michelle Allen Phillips**
                     Michelle Allen Phillips

Date:        **01/29/2008**

Certificate Number: 02041-SC-CC-003261335

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 28, 2008          , at 5:04          o'clock PM EST          ,

JAMES B. PHILLIPS  JR.                          received from

Family Service Center of South Carolina                                    ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of South Carolina                    , an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared          . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone                    .


Date: January 28, 2008                    By     /s/SIVITRA A LIGHTY

                                          Name   SIVITRA A LIGHTY

                                          Title   CREDIT COUNSELOR


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 02041-SC-CC-003261340

## CERTIFICATE OF COUNSELING

I CERTIFY that on January 28, 2008 , at 5:06 o'clock PM EST ,

MICHELLE A. PHILLIPS received from

Family Service Center of South Carolina ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of South Carolina , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: January 28, 2008        By    /s/SIVITRA A LIGHTY

                              Name   SIVITRA A LIGHTY

                              Title   CREDIT COUNSELOR

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:   **James Bennett Phillips, Jr.**                    CASE NO
**Michelle Allen Phillips**

                                                           CHAPTER    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept:                    **$3,000.00**

    Prior to the filing of this statement I have received:          **$1,276.00**

    Balance Due:                                                    **$1,724.00**

2. The source of the compensation paid to me was:
    ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor              ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

    **The filing fee in this case has been paid.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:   **James Bennett Phillips, Jr.**                                      CASE NO
         **Michelle Allen Phillips**
                                                                             CHAPTER    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Representation of the debtors after the First Meeting of Creditors, including Trustee's Petition to Dismiss Motion,
    other than attendance at the Confirmation Hearing.  The debtors have executed a detailed fee agreement with the
    attorney for the debtors and have received a copy of the same.  The following additional charges are set forth in
    that document.**

| | |
|---|---|
| **Mailing Costs to serve creditors** | |
| **1-50 creditors** | **$50.00** |
| **51-100 Creditors** | **$100.00** |
| **+100 Creditors** | **$150.00** |
| **Modification (changes to Plan after Confirmation)** | **$400.00** |
| **Moratorium (suspension in trustee payment)** | **$250.00** |
| **Motion to Sell Personal Property** | **$350.00** |
| **Motion to Sel Real Property (Standard)** | **$550.00** |
| **Motion to Sell Real Property Complex  Hourly Rate Applies** | |
| **Motion to Incur Debt personal property** | **$350.00** |
| **Motion to Incur real property** | **$550.00** |
| **Resolve Petition to Dismiss prior to hearing** | **$150.00** |
| **Defense of Trustee's Petition to Dismiss** | **$200.00** |
| **Defense of Creditors' Motion for Stay Relief** | |
| **If Settled Prior to Hearing$400.00If Hearing required, Hourly Rate applies*** | |
| **Motion    to    Reconsider$400.00** | |
| **Convert  to  Chapter  7$550.00** | |
| **Filing   Claim  for  creditor$200.00** | |
| **Objection  to  creditor  claim$300.00** | |
| **Unanticipated legal services performed at the following rates:** | |
| **Michael J. Cox** | **$305.00 per hour** |
| **Associate Attorney** | **$200.00 per hour** |
| **Paralegal** | **$ 85.00 per hour** |

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.


___**01/29/2008**___                          **/s/ Michael J. Cox**
         *Date*                               *Michael J. Cox*                          Bar No.  0339
                                              Michael J. Cox Atty at Law, LLC
                                              PO Box 475
                                              Columbia, SC 29202
                                              Phone: (803) 254-6041 / Fax: (803) 256-8121

---

  **/s/ James Bennett Phillips, Jr.**                        **/s/ Michelle Allen Phillips**
  *James Bennett Phillips, Jr.*                              *Michelle Allen Phillips*

B201 (04/09/06)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:  **James Bennett Phillips, Jr.**
          **Michelle Allen Phillips**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.  You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:    Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors may have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income**
**($235 filing fee, $39 administrative fee: Total fee $274)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under Chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

IN RE:  **James Bennett Phillips, Jr.**
        **Michelle Allen Phillips**

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**  Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**Michael J. Cox**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Michael J. Cox**
_____
Michael J. Cox, Attorney for Debtor(s)
Bar No.: 0339
Michael J. Cox Atty at Law, LLC
PO Box 475
Columbia, SC 29202
Phone: (803) 254-6041
Fax: (803) 256-8121

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **James Bennett Phillips, Jr.** | X  /s/ James Bennett Phillips, Jr.        01/29/2008 |
| **Michelle Allen Phillips** | Signature of Debtor                              Date |
| Printed Name(s) of Debtor(s) | X  /s/ Michelle Allen Phillips        01/29/2008 |
| Case No. (if known) _____ | Signature of Joint Debtor (if any)        Date |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re  **James Bennett Phillips, Jr.**                    Case No.
**Michelle Allen Phillips**

Chapter    **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | $183,500.00 | | |
| B - Personal Property | Yes | 8 | $86,031.81 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $235,148.66 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $1,724.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $29,805.26 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 11 | | | $4,046.23 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,021.35 |
| | TOTAL | 37 | $269,531.81 | $266,677.92 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

In re  **James Bennett Phillips, Jr.**                            Case No.
**Michelle Allen Phillips**

Chapter    **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$4,046.23** |
| Average Expenses (from Schedule J, Line 18) | **$3,021.35** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$6,262.51** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$19,348.66** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$1,724.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$29,805.26** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$49,153.92** |

B6A (Official Form 6A) (12/07)

In re **James Bennett Phillips, Jr.**                     Case No. _____
       **Michelle Allen Phillips**                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Land and 1995 Palm Harbor MH<br>7344 Friendfield Road<br>Effingham, SC  29541<br>1/2 Interest.<br>jointly owned with Former spouse<br>Florence County<br>TMS 99000-32-273 (MH)<br>218-02-046 (land)<br>Debtor's Opinion $45,000<br>Tax ASsessment $41,027.00 | Fee Simple | W | $45,000.00 | $50,000.00 |
| Debtors' Residence<br>1868 E. Sandhusrt Drive<br>Florence, SC  29505<br>Florence County<br>Recently subdivided property.  No tax assessment available | Fee Simple | H | $138,500.00 | $124,650.00 |
| | | Total: | **$183,500.00** | |

(Report also on Summary of Schedules)

TAX NOTICE FLORENCE COUNTY, SOUTH CAROLINA

| | | | | REAL PROPERTY TAXES |
|---|---|---|---|---|
| Taxes for the Year Ending | Tax District | Tax Year | Millage | Tax Bill Date |
| DEC 31,2007 | 200 | 2007 | 328.2 | 9/29/07 |

NOTICE NO.  07-000877

| | L A N D | | | I M P R O V E M E N T S | | Total | |
|---|---|---|---|---|---|---|---|
| Type | Acres | Lots | Appraisal | Number | Appraisal | Appraisal | Assessment |
| Resi | | | | 1 | 34727 | 34727 | 1390 |

**Mortgage Code/ID**
**\*\* NO CODE \*\***

| Map Block Parcel | Property Description | Prior Year Tax |
|---|---|---|
| 99000-32-273 | 1995 PALM HARBOR 28X6 | 284.17 |

40058 1 AV 0.312 \*\*\*\*\*AUTO\*\*5-DIGIT 29541
||..||.||..|.|..|||.|.||.|.||...||.|.||.|..|||.||.||   040058
ALLEN MICHELLE
7344 FRIENDFIELD RD                                    40058
EFFINGHAM SC  29541-5212                               143

| | |
|---|---|
| TAX BEFORE CREDITS | 456.20 |
| EXEMPTION | .00 |
| SCHOOL TAX CREDIT | 117.04 |
| STATE PROPERTY TAX RELIEF | 117.87 |
| PROPERTY TAX CREDIT - County | 70.81 |
| PROPERTY TAX CREDIT - City | .00 |
| **NET PROPERTY TAX** | 150.48 |
| SOLID WASTE FEE ($25 LATE FEE IF PAID AFTER MARCH 16TH.) | 33.02 |

**This Bill Was Prepared For You By The County AUDITOR's OFFICE**

BREAKDOWN OF COUNTY MILLAGE

| MILLS | DESCRIPTION | TAXES |
|---|---|---|
| 21.8 | County General Fund | $10.19 |
| 31.5 | County General Fund/Law Enforcement | $14.81 |
| 5.8 | County General Fund/Emergency Management | $2.72 |
| 7.9 | County General Fund/Library | $3.71 |
| .9 | County General Fund/Senior Citizen Center | $.42 |
| 9.0 | County Bonds(Jail,Library,Capital Projects) | $4.23 |

07-000877
ON-LINE SERVICES AVAILABLE AT www.florenceco.org

PAY THIS AMOUNT ▶  **183.50** (on or before Jan. 15th)

Amount Due after Jan. 15th    188.01
Amount Due after Feb. 1st     198.55
If after Mar. 16th call Delinquent Tax Office for Amount Due

WILL ONLY ACCEPT CASH, CASHIER'S CHECK OR MONEY ORDER FOR DELINQUENT PAYMENT.

**Questions...**

| | | |
|---|---|---|
| Tax Calculation | Auditor | (843) 665-3088 |
| Millage Questions | Auditor | (843) 665-3088 |
| Real Estate Value | Assessor | (843) 665-3056 |
| Address/Ownership | Assessor | (843) 665-3056 |
| Verify Tax Payment | Treasurer | (843) 665-3041 |

| MILLS | TAXES | DISTRIBUTION OF YOUR TAX DOLLARS | PERCENT |
|---|---|---|---|
| 169.0 | $.00 | School Operating Taxes (District Two) | .00 |
| 51.4 | $71.45 | School Bond Taxes (District Two) | 47.48 |
| .0 | $.00 | City Taxes | .00 |
| 76.9 | $36.08 | County Taxes * | 23.99 |
| 4.9 | $6.81 | Florence-Darlington TEC Taxes | 4.52 |
| 26.0 | $36.14 | Fire District Taxes (Hannah/Salem/Friendfield) | 24.01 |
| .0 | $.00 | Watershed Taxes | .00 |
| 328.2 | $150.48 | | 100.00 |

IF PAYING MORE THAN ONE TAX NOTICE, BOTTOM PORTIONS OF ALL NOTICES MUST BE RETURNED WITH PAYMENT.

RETURN BOTTOM PORTION AND WRITE NOTICE NUMBER(S) ON CHECK.

| Map Block Parcel | Property Description |
|---|---|
| 99000-32-273 | 1995 PALM HARBOR 28X60 |

NOTICE NO.  07-000877
ALLEN MICHELLE
9/29/07

*YOU MAY MAIL YOUR PAYMENT IN THE ENCLOSED ENVELOPE. WHEN ASSESSING PENALTIES, WE WILL HONOR THE POSTMARK AS DATE OF RECEIPT.*

**PAY THIS AMOUNT**

| | | |
|---|---|---|
| (on or before Jan. 15th) | | 183.50 |
| Amount Due after Jan. 15th | | 188.01 |
| Amount Due after Feb. 1st | | 198.55 |

If after Mar. 16th call Delinquent Tax Office for Amount Due

*MAKE PAYMENTS TO:*
*COUNTY TREASURER*
*DEAN FOWLER, JR.*
*P.O.BOX 100501*
*FLORENCE, SC 29501-0501*

07-000877

ADDRESS _____

CHANGE  _____

SIGNATURE _____

PHONE # _____

SEE REVERSE SIDE FOR INFORMATION AND TELEPHONE NUMBERS.
WILL ONLY ACCEPT CASH, CASHIER'S CHECK OR MONEY ORDER FOR DELINQUENT PAYMENT.

TAX NOTICE FLORENCE COUNTY, SOUTH CAROLINA          REAL PROPERTY TAXES

| Taxes for the Year Ending | Tax District | Tax Year | Millage | Tax Bill Date | |
|---|---|---|---|---|---|
| DEC 31,2007 | 200 | 2007 | 328.2 | 9/29/07 | NOTICE NO.   07-064858 |

| | L A N D | | | I M P R O V E M E N T S | | Total | |
|---|---|---|---|---|---|---|---|
| Type | Acres | Lots | Appraisal | Number | Appraisal | Appraisal | Assessment |
| Resi | | 1 | 6300 | | | 6300 | 250 |

**Mortgage Code/ID**
**** NO CODE ****

| Map Block Parcel | Property Description | Prior Year Tax | | |
|---|---|---|---|---|
| 218-02-046 | FRIENDFIELD RD | 51.00 | TAX BEFORE CREDITS | 82.05 |

39133 1 AV 0.312 *****AUTO**5-DIGIT 29541

| | | |
|---|---|---|
| | 039133 | EXEMPTION .00 |
| TALBOTT MICHELE & JOEY | | SCHOOL TAX CREDIT 21.05 |
| 7344 FRIENDFIELD RD | 39133 | |
| EFFINGHAM SC  29541-5212 | 140 | STATE PROPERTY TAX RELIEF 21.20 |

PROPERTY TAX CREDIT - County        12.85

**This Bill Was Prepared For You By The County AUDITOR's OFFICE**

PROPERTY TAX CREDIT - City        .00

*BREAKDOWN OF COUNTY MILLAGE

| MILLS | DESCRIPTION | TAXES |
|---|---|---|
| 21.8 | County General Fund | $1.39 |
| 31.5 | County General Fund/Law Enforcement | $2.84 |
| 5.8 | County General Fund/Emergency Management | $.52 |
| 7.9 | County General Fund/Library | $.72 |
| .9 | County General Fund/Senior Citizen Center | $.09 |
| 9.0 | County Bonds(Jail,Library,Capital Projects) | $.81 |

NET PROPERTY TAX        26.95

SOLID WASTE FEE        .00
($25 LATE FEE IF PAID AFTER MARCH 16TH.)

PAY THIS AMOUNT ▶    **(on or before Jan. 15th)    26.95**

07-064858
ON-LINE SERVICES AVAILABLE AT www.florenceco.org

Amount Due after Jan. 15th        27.76
Amount Due after Feb. 1st        29.65
If after Mar. 16th call Delinquent Tax Office for Amount Due

WILL ONLY ACCEPT CASH, CASHIER'S CHECK OR MONEY ORDER FOR DELINQUENT PAYMENT.

**Questions...**

| | | | | MILLS | TAXES | DISTRIBUTION OF YOUR TAX DOLLARS | PERCENT |
|---|---|---|---|---|---|---|---|
| | | | | 169.0 | $.00 | School Operating Taxes (District Two) | .00 |
| Tax Calculation | Auditor | (843) 665-3088 | | 51.4 | $12.85 | School Bond Taxes (District Two) | 47.68 |
| Millage Questions | Auditor | (843) 665-3088 | | .0 | $.00 | City Taxes | .00 |
| | | | | 76.9 | $6.37 | County Taxes * | 23.65 |
| Real Estate Value | Assessor | (843) 665-3056 | | 4.9 | $1.23 | Florence-Darlington TEC Taxes | 4.56 |
| Address/Ownership | Assessor | (843) 665-3056 | | 26.0 | $6.50 | Fire District Taxes (Hannah/Salem/Friendfield) | 24.11 |
| | | | | .0 | $.00 | Watershed Taxes | .00 |
| Verify Tax Payment | Treasurer | (843) 665-3041 | | 328.2 | $26.95 | | 100.00 |

IF PAYING MORE THAN ONE TAX NOTICE, BOTTOM PORTIONS OF ALL NOTICES MUST BE RETURNED WITH PAYMENT.

RETURN BOTTOM PORTION AND WRITE NOTICE NUMBER(S) ON CHECK.

| Map Block Parcel | Property Description | |
|---|---|---|
| 218-02-046 | FRIENDFIELD RD | **YOU MAY MAIL YOUR PAYMENT IN THE ENCLOSED ENVELOPE. WHEN ASSESSING PENALTIES, WE WILL HONOR THE POSTMARK AS DATE OF RECEIPT.** |

NOTICE NO.  07-064858
TALBOTT MICHELE & JOEY
9/29/07

PAY THIS AMOUNT    (on or before Jan. 15th)        26.95
Amount Due after Jan. 15th        27.76
Amount Due after Feb. 1st        29.65
If after Mar. 16th call Delinquent Tax Office for Amount Due

**MAKE PAYMENTS TO:**
**COUNTY TREASURER**
**DEAN FOWLER, JR.**
**P.O.BOX 100501**
**FLORENCE, SC 29501-0501**

07-064858

ADDRESS        _____

CHANGE        _____

SIGNATURE        _____

PHONE #        _____

SEE REVERSE SIDE FOR INFORMATION AND TELEPHONE NUMBERS.
WILL ONLY ACCEPT CASH, CASHIER'S CHECK OR MONEY ORDER FOR DELINQUENT PAYMENT.

B6B (Official Form 6B) (12/07)

In re  **James Bennett Phillips, Jr.**                    Case No. _____
       **Michelle Allen Phillips**                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | | Cash on hand | J | $2.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Wachovia Checking Account 6622 Overdrawn at time of filing | J | $0.00 |
| | | First Federal Checking Account 7387 | J | $249.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | Santee Cooper Electric Cooperative | W | $275.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Misc. Household Goods See Attached List | J | $1,990.00 |
| | | Misc. HHG under lien to Citifinancial | H | $100.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing Value $300 or less each debtor | J | $600.00 |
| 7. Furs and jewelry. | | Jewelry consisting of Wedding Rings, engagement ring, watches and costume jewelry | J | $600.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Glock Mod. 23 $250.00 Ruger P89 $145.00 303 British Enfield $50.00 | H | $445.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James Bennett Phillips, Jr.**                                  Case No. _____
       **Michelle Allen Phillips**                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Lance 401K

PSA 401K | H

W | $28,161.43

$7,146.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 22 Shares of Lance, Inc
Market Valkue as of 1-28-08 $18.79 per share
(LNCE) | H | $413.38 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **James Bennett Phillips, Jr.**
    **Michelle Allen Phillips**

Case No. _____
                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | 2006 Tax refund<br>State $1,282.00<br>Federal $2,891.00<br>Receiveed and spent prior to filing<br><br>2007 Tax refund | H<br><br><br><br><br>H | $0.00<br><br><br><br><br>Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James Bennett Phillips, Jr.**                    Case No. _____
       **Michelle Allen Phillips**                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Nissan Titan<br>Vin 1N6AA07A96N519749<br>Mileage Approx 23,500<br>Under lien to First Citizens | H | $23,750.00 |
| | | 2006 Hyundai Sonata<br>Vin 5Npeu46F56H092554<br>Mileage Approx 35,000<br>UNder lien to Citifinancial Auto | H | $14,300.00 |
| | | 2003 Yamaha XV1600AT | H | $8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James Bennett Phillips, Jr.**                                  Case No. _____
       **Michelle Allen Phillips**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached    **Total  >**    $86,031.81

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Scanned Document #1**

Client:    James Bennett Phillips, Jr. and Michelle Allen Phillips    ᴾ No.:    07_502FA

## Household Goods

Please list all Household Items on these pages. Note if you have the item and what you think it is worth (ie: what you could get for it at a garage sale). The list goes by room and is intended to be a guide. The furniture listed is NOT exclusive. If you own items that are not listed, please put them under other. If the space provided is not sufficient, please attach additional sheets.

| Living Room | | Bedroom 3 | |
|---|---|---|---|
| Couch | 85 | Bed Frame (size) dbl | 10 |
| Loveseat | | Springs & Mattress (size) dbl | 20 |
| Side Tables | 25 | Night Stands | |
| Coffee Table | 30 | Dressers | 20 |
| Chairs | 40 | Chest of Drawers | |
| Lamps | 7.50 | Mirrors | |
| Mirrors | 15 | Lamps | 3 |
| TVs | 75 | TVs | |
| DVD/VCR | 25 | DVD/VCR | |
| Stereo | 100 | Stereo | |
| Computers | 200 | Computers | |
| Other fax/printer/scanner 25⁰⁰  Computer desk - 75 | | Other toy box handmade   10 | 63 |
| coin collar $10⁰⁰  pics/frames (all) 50 | 268⁰⁰ | | |
| Dining Room | | Rec Room(s) | |
| Table | 20 | Tables | |
| Chairs | 90 | Chairs | |
| China Hutch  Buffet - 15 | | Mirrors | |
| Sideboard | | Lamps | |
| Lamps | | TVs | |
| Mirrors | | DVD/VCR | |
| Other corner cabinet   10 | 140 | Stereo | |
| bench   5 | | Computers | |
| Bedroom 1 | | Other | |
| Bed Frame (size) king | 25 | Den/Family Room | |
| Springs & Mattress (size) king | 25 | Tables | 30 |
| Night Stands | 30 | Chairs | 5 |
| Dressers | 45 | Mirrors | |
| Chest of Drawers | 75 | Lamps | 9.50 |
| Mirrors | | TVs | 75 |
| Lamps | 10 | DVD/VCR broken · 5 | |
| TVs | 25 | Stereo | |
| DVD/VCR | | Computers | |
| Stereo | | Other couch - 20 | 242.50 |
| Computers | | desk  100 | |
| Other wardrobe 50 | 288 | | |
| Bedroom 2 | | Kitchen | |
| Bed Frame (size) queen | 15 | Refrigerator | 35 |
| Springs & Mattress (size) queen | 75 | Stove | 25 |
| Night Stands | | Microwave | 20 |
| Dressers | | Freezer | 50 |
| Chest of Drawers | 15 | Small Appliances | 282 |
| Mirrors | | toaster  15 | |
| Lamps | | coffee maker - 12 | |
| TVs | | crock pot   10 | |
| DVD/VCR | | blender  15 | |
| Stereo | | dishes (all) 100 | |
| Computers | | grill - 100 | |
| Other toy box handmade  10 | 115 | | |

Please Initial:    Debtor _____    Joint Debtor/Spouse _MAP_

1,990

**Scanned Document #1**

### Vehicle Summary With NADA Values
### N.A.D.A Official Used Car Guide
### Thursday, November 01, 2007

**Guide Edition:**　　　　Southeastern Used Car Guide - October 2007

**Vehicle Description:**　　2006 HYUNDAI
　　　　　　　　　　　　Sonata-V6 Sedan 4D GLS

| | | | **Weight:** | 3458 |
|---|---|---|---|---|
| **VIN:** | | | | |
| **Stock #:** | | | **MSRP:** | $20,895 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **N.A.D.A. Base Values:** | **Retail:** | $14,400 | **Trade:** | $12,250 | **Loan:** | $11,025 |
| Mileage Value (31949 Miles) | | $-100 | | | | |
| Accessories Values | | $0 | | $0 | | $0 |
| **N.A.D.A Adjusted Values:** | **Retail:** | $14,300 | **Trade:** | $12,150 | **Loan:** | $10,925 |
| Appraiser Adjustment Value | | $0 | | | | |
| **Adjusted Values:** | **Retail:** | $14,300 | **Trade:** | $12,150 | **Loan:** | $10,925 |

**Accessories:**

| | Retail | Trade | Loan |
|---|---|---|---|
| Aluminum/Alloy Wheels | w/body | w/body | w/body |
| Cruise Control | w/body | w/body | w/body |
| Power Door Locks | w/body | w/body | w/body |
| Power Windows | w/body | w/body | w/body |

**Appraiser Adjustments:**

NADA assumes no responsibility or liability for any errors or omissions or
any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of N.A.D.A. Official Used Car Guide Company Copyright NADASC 2007

**Scanned Document #1**

### Vehicle Summary With NADA Values
### N.A.D.A Official Used Car Guide
#### Wednesday, August 15, 2007

**Guide Edition:** Southeastern Used Car Guide - August 2007

**Vehicle Description:** 2006 NISSAN
Titan Crew Cab-V8 Pickup Crew Cab LE 2WD

**VIN:**                             **Weight:** 5262
**Stock #:**                          **MSRP:** $32,700

| N.A.D.A. Base Values: | Retail: | $25,975 | Trade: | $22,650 | Loan: | $20,400 |
|---|---|---|---|---|---|---|
| Mileage Value (N/A Miles) | | N/A | | | | |
| Accessories Values | | $0 | | $0 | | $0 |
| **N.A.D.A Adjusted Values:** | **Retail:** | **$25,975** | **Trade:** | **$22,650** | **Loan:** | **$20,400** |
| Appraiser Adjustment Value | | $0 | | | | |
| **Adjusted Values:** | **Retail:** | **$25,975** | **Trade:** | **$22,650** | **Loan:** | **$20,400** |

**Accessories:**

| | Retail | Trade | Loan |
|---|---|---|---|
| Aluminum/Alloy Wheels | w/body | w/body | w/body |
| Power Seat | w/body | w/body | w/body |
| Rockford Fosgate Stereo | w/body | w/body | w/body |

**Appraiser Adjustments:**

NADA assumes no responsibility or liability for any errors or omissions or
any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of N.A.D.A. Official Used Car Guide Company Copyright NADASC 2007

B6C (Official Form 6C) (12/07)

In re  **James Bennett Phillips, Jr.**          Case No. _____
       **Michelle Allen Phillips**                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875.

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash on hand | S.C. Code Ann. § 15-41-30(5):  Cash & liquid assets of debtor not claiming homestead exemption | $2.00 | $2.00 |
| Wachovia Checking Account 6622 Overdrawn at time of filing | S.C. Code Ann. § 15-41-30(5):  Cash & liquid assets of debtor not claiming homestead exemption | $0.00 | $0.00 |
| First Federal Checking Account 7387 | S.C. Code Ann. § 15-41-30(5):  Cash & liquid assets of debtor not claiming homestead exemption | $249.00 | $249.00 |
| Santee Cooper Electric Cooperative | S.C. Code Ann. § 15-41-30(5):  Cash & liquid assets of debtor not claiming homestead exemption | $275.00 | $275.00 |
| Misc. Household Goods See Attached List | S.C. Code Ann. § 15-41-30(3): Personal household furnishings & goods, wearing apparel, appliances, books, animals, crops, or musical instruments of debtor or dependent | $1,990.00 | $1,990.00 |
| Misc. HHG under lien to Citifinancial | S.C. Code Ann. § 15-41-30(3): Personal household furnishings & goods, wearing apparel, appliances, books, animals, crops, or musical instruments of debtor or dependent | $100.00 | $100.00 |
| Clothing Value $300 or less each debtor | S.C. Code Ann. § 15-41-30(3): Personal household furnishings & | $600.00 | $600.00 |
| | | **$3,216.00** | **$3,216.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **James Bennett Phillips, Jr.**          Case No. _____
       **Michelle Allen Phillips**                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | goods, wearing apparel, appliances, books, animals, crops, or musical instruments of debtor or dependent | | |
| Jewelry consisting of Wedding Rings, engagement ring, watches and costume jewelry | S.C. Code Ann. § 15-41-30(4): Personal, family, or household jewelry of debtor or dependent | $600.00 | $600.00 |
| Lance 401K | S.C. Code Ann. § 15-41-30(13): Debtor's interest in ERISA-qualified pension plan | $28,161.43 | $28,161.43 |
| PSA 401K | S.C. Code Ann. § 15-41-30(13): Debtor's interest in ERISA-qualified pension plan | $7,146.00 | $7,146.00 |
| 22 Shares of Lance, Inc Market Valkue as of 1-28-08 $18.79 per share (LNCE) | S.C. Code Ann. § 15-41-30(5): Cash & liquid assets of debtor not claiming homestead exemption | $413.38 | $413.38 |
| 2007 Tax refund | S.C. Code Ann. § 15-41-30(5): Cash & liquid assets of debtor not claiming homestead exemption | $1,335.62 | Unknown |
| 2006 Nissan Titan Vin 1N6AA07A96N519749 Mileage Approx 23,500 Under lien to First Citizens | S.C. Code Ann. § 15-41-30(2): One motor vehicle | $0.00 | $23,750.00 |
| 2006 Hyundai Sonata Vin 5Npeu46F56H092554 Mileage Approx 35,000 UNder lien to Citifinancial Auto | S.C. Code Ann. § 15-41-30(2): One motor vehicle | $1,200.00 | $14,300.00 |
| | | $42,072.43 | $77,586.81 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE:   **James Bennett Phillips, Jr.**                                    CASE NO
         **Michelle Allen Phillips**
                                                                            CHAPTER     **13**

### TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| S.C. Code Ann. § 15-41-30(13) | $28,161.43 | $7,146.00 | $0.00 | $0.00 | $0.00 | $35,307.43 | $35,307.43 |
| S.C. Code Ann. § 15-41-30(2) | $1,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | $38,050.00 |
| S.C. Code Ann. § 15-41-30(3) | $100.00 | $0.00 | $2,590.00 | $0.00 | $0.00 | $2,690.00 | $2,690.00 |
| S.C. Code Ann. § 15-41-30(4) | $0.00 | $0.00 | $600.00 | $0.00 | $0.00 | $600.00 | $600.00 |
| S.C. Code Ann. § 15-41-30(5) | $1,749.00 | $275.00 | $251.00 | $0.00 | $0.00 | $2,275.00 | $939.38 |

B6D (Official Form 6D) (12/07)

In re **James Bennett Phillips, Jr.**          Case No. _____
**Michelle Allen Phillips**                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx4901<br><br>**Citifinancial Auto Inquiries**<br>**PO Box 9575**<br>**Coppell, TX 75019-9575** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2006 Hyundai**<br>REMARKS:<br><br>VALUE: **$14,300.00** | | | | $15,573.00 | $1,273.00 |
| ACCT #: xxxxxxx4630<br><br>**Citifinancial Bankruptcy Dept PER**<br>**PO Box 140489**<br>**Irving, TX 75014-0489** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Misc. HHG under leint o Citifinancial**<br>REMARKS:<br>**522(f) voidable**<br><br>VALUE: **$100.00** | | | | $5,721.00 | $5,621.00 |
| ACCT #: xxxxx8952<br><br>**First Citizens**<br>**PO Box 31068**<br>**Charlotte, NC 28231** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2006 Nissan Titan Vin 1N6AA07A96N519749 Milea**<br>REMARKS:<br><br>VALUE: **$23,750.00** | | | | $28,979.00 | $5,229.00 |
| ACCT #: xxxxx5510<br><br>**Option One Mortgage**<br>**PO Box 57054**<br>**Irvine, CA 92619** | X | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**First Mortgage**<br>COLLATERAL:<br>**Land and 1995 Palm Harbor MH**<br>REMARKS:<br>**Will surrender collateral**<br><br>VALUE: **$45,000.00** | | | | $50,000.00 | $5,000.00 |
| | | | Subtotal (Total of this Page) > | | | | $100,273.00 | $17,123.00 |
| | | | Total (Use only on last page) > | | | | | |

_____**1**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **James Bennett Phillips, Jr.**                                    Case No. _____
**Michelle Allen Phillips**                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx4063<br><br>**Retail Services<br>PO box 15521<br>Wilmington, DE 19850-5521** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2003 Yamaha XV1600AT**<br>REMARKS:<br>**Will surrender collateral**<br><br>VALUE:                    **$8,000.00** | | | | $10,225.66 | $2,225.66 |
| ACCT #: xxxxx4491<br><br>**Suntrust Mortgage<br>PO Box 26149<br>Richmond, VA 23260-6149** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**First Mortgage**<br>COLLATERAL:<br>**Debtor's Residence**<br>REMARKS:<br>**Will retain and keep current**<br><br>VALUE:                 **$138,500.00** | | | | $124,650.00 | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | $134,875.66 | $2,225.66 |
|---|---|---|---|
|  | Total (Use only on last page) > | $235,148.66 | $19,348.66 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re  **James Bennett Phillips, Jr.**                    Case No. _____
     **Michelle Allen Phillips**                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **James Bennett Phillips, Jr.**                                    Case No. _____
**Michelle Allen Phillips**                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Domestic Support Obligations |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx-xx-xx-1834**<br><br>**Joseph Talbot**<br>**2314 Chadwick Dr.**<br>**Florence, SC 29501** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Child Support**<br>REMARKS:<br>**Phone Number 843-679-5413**<br>**All payments are current** | | | | **$0.00** | **$0.00** | **$0.00** |
| **Representing:**<br>**Joseph Talbot** | | | **Florence County Family Court**<br>**180 N Irby St**<br>**Florence, SC 29501** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| **Representing:**<br>**Joseph Talbot** | | | **SC Department of Social Services**<br>**PO Box 1520**<br>**Columbia, SC  29202** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets          **Subtotals (Totals of this page) >** | **$0.00** | **$0.00** | **$0.00**
attached to Schedule of Creditors Holding Priority Claims

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (12/07) - Cont.

In re  **James Bennett Phillips, Jr.**                                                      Case No. _____
        **Michelle Allen Phillips**                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Michael J. Cox Atty at Law, LLC**<br>**PO Box 475**<br>**Columbia, SC 29202** | | J | DATE INCURRED:  **01/28/2008**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS:<br>**To be paid through plan** | | | | $1,724.00 | $1,724.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotals (Totals of this page) >** | $1,724.00 | $1,724.00 | $0.00 |

**Total >**   $1,724.00

**(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)**

**Totals >**                                          $1,724.00          $0.00

**(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re **James Bennett Phillips, Jr.**          Case No. _____
**Michelle Allen Phillips**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxx0007**<br>**BB&T**<br>**PO Box 1626**<br>**Wilson NC 27894-1626** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $7,301.00 |
| ACCT #: **xxxxxxxx2654**<br>**Capital One Correspondence**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,356.00 |
| ACCT #: **xxxx-xxxx-xxxx-1410**<br>**Capital One Correspondence**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285** | X | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $13,929.00 |
| **Representing:**<br>**Capital One Correspondence** | | | **Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA 92046** | | | | **Notice Only** |
| **Representing:**<br>**Capital One Correspondence** | | | **Northland Group, Inc.**<br>**PO Box 390846**<br>**Edina, MN  55439** | | | | **Notice Only** |
| ACCT #: **xxxxxxxx0377**<br>**Capital One Correspondence**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $674.00 |

Subtotal > $23,260.00

____**2**____continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James Bennett Phillips, Jr.**                    Case No. _____
       **Michelle Allen Phillips**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx1640**<br>**Circuit City**<br>**PO Box 15291**<br>**Wilmington, DE  19886-5291** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | $2,393.00 |
| ACCT #:<br>**Florence County Tax Collector**<br>**180 N Irby St**<br>**MSC - TT**<br>**Florence, SC 29501** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx5580**<br>**Florence Radiological Associates**<br>**PO Box 100523**<br>**Florence SC 29501-0523** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $38.00 |
| **Representing:**<br>**Florence Radiological Associates** | | | **Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA 92046** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx1051**<br>**Lowe's Consumer Credit Card**<br>**PO Box 981064**<br>**El Paso, TX  79998-1064** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,220.00 |
| **Representing:**<br>**Lowe's Consumer Credit Card** | | | **Lowes Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | | | **Notice Only** |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached to                    **Subtotal >** | $3,651.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James Bennett Phillips, Jr.**                     Case No. _____
       **Michelle Allen Phillips**                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx1684**<br>**McLeod OB GYN Associates**<br>**901 E. Cheves St., Ste 300**<br>**Florence, SC 29506** | | H | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $10.00 |
| ACCT #:  **xxx1925**<br>**McLeod Regional Medical Center**<br>**PO Box 100567**<br>**Florence, SC  29501-0567** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $2,472.00 |
| **Representing:**<br>**McLeod Regional Medical Center** | | | **Pee Dee Medical Collection Services**<br>**PO Box 1597**<br>**Florence, SC 29501** | | | | **Notice Only** |
| ACCT #:  **x6145**<br>**Michael R. Miller, DMD**<br>**1519 Heritage Lane**<br>**Florence, SC 29505** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $70.80 |
| **Representing:**<br>**Michael R. Miller, DMD** | | | **SC Collection Agency LLC**<br>**POB 5929**<br>**Florecne SC 29502** | | | | **Notice Only** |
| ACCT #:  **xxx6405**<br>**Santee Electric Cooperative**<br>**PO Box 548**<br>**Kingstree, SC 29556-0548** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $341.46 |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to                                    **Subtotal >** | $2,894.26
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                 **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James Bennett Phillips, Jr.**                                    Case No. _____
       **Michelle Allen Phillips**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Equifax Information Service Center**<br>**Attn: Dispute Resolution Department**<br>**PO Box 105873**<br>**Atlanta, GA 30328** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**Experian Information Solutions**<br>**Attn: Supervisor, Legal Department**<br>**PO Box 1240**<br>**Allen, TX 75013** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**Internal Revenue Service**<br>**Centralized Insolvency Unit**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**SC Dept. of Revenue**<br>**PO Box 12265**<br>**Columbia, SC  29211** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**SC Employment Security Commission**<br>**PO Box 995**<br>**Columbia, SC 29202** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**Transunion**<br>**Attn: Dispute Resolution Department**<br>**PO Box 2000**<br>**Chester, PA 19022** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |

Sheet no. ____3____ of ____2____ continuation sheets attached to                 **Subtotal >**    | $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**    | $29,805.26
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **James Bennett Phillips, Jr.**                                          Case No. _____
     **Michelle Allen Phillips**                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **James Bennett Phillips, Jr.**                                    Case No.  _____
      **Michelle Allen Phillips**                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joseph Talbot**<br>2341 Chadwick<br>Florence, SC 29501 | **Option One Mortgage**<br>PO Box 57054<br>Irvine, CA 92619 |
| **Joseph Talbot**<br>2314 Chadwick<br>Florence, SC 29501 | **Capital One Correspondence**<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 |
| **Joseph Talbot**<br>2314 Chadwick<br>Florence, SC 29501 | **Associated Recovery Systems**<br>PO Box 469046<br>Escondido, CA 92046 |
| **Joseph Talbott**<br>2314 Chadwick<br>Florence, SC 29501 | **Northland Group, Inc.**<br>PO Box 390846<br>Edina, MN  55439 |

B6I (Official Form 6I) (12/07)

In re  **James Bennett Phillips, Jr.**                                              Case No. _____
  **Michelle Allen Phillips**                                                                            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Market Specialist | Medical Coding and Billing |
| Name of Employer | Lance, Inc | Pathology Services Associates |
| How Long Employed | 4.5 Years | 4.5 Years |
| Address of Employer | 100 Executive Center Dr., Ste 110 | PO Box 100559 |
| | Columbia, SC 29210 | Florence, SC 29501 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,750.00 | $2,430.74 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$3,750.00** | **$2,430.74** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $615.64 | $406.92 |
| | b. Social Security Tax | $225.16 | $147.36 |
| | c. Medicare | $52.65 | $34.46 |
| | d. Insurance | $125.19 | $134.34 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify)  401K            / FSA | $224.99 | $53.86 |
| | h. Other (Specify)  401K Loan       / 401K | $170.04 | $121.54 |
| | i. Other (Specify)  Life            / Life | $1.43 | $7.26 |
| | j. Other (Specify)  Dis             / Dis | $12.85 | $13.20 |
| | k. Other (Specify)                  / 401K Loan | $0.00 | $87.62 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$1,427.95** | **$1,006.56** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$2,322.05** | **$1,424.18** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. Annual Tax Refund | $300.00 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$300.00** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$2,622.05** | **$1,424.18** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$4,046.23** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

**Scanned Document #3**



**8600 South Blvd.**
**Charlotte, NC 28273**

One Thousand Forty Seven and 35/100 ********************************

$1,047.35

TO THE James B. Phillips Jr.
ORDER 1868 E Sandhurst Dr
OF Florence, SC 29505-2950

NON-NEGOTIABLE

NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE

---

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

**8600 South Blvd.**
**Charlotte, NC 28273**

James B. Phillips Jr.
1868 E Sandhurst Dr
Florence, SC 29505-2950

| | | | |
|---|---|---|---|
| Emp No | 036817 | FIT  S  1 | |
| Location | STHCAR | SIT res  S  1 | |
| Group/Region | SR052 | SIT work  S  1 | |
| Loc/District | 116 | | |
| Dept/Branch | B000 | | |
| Cost Center | 116000 | | |

| | |
|---|---|
| Advice No | 386163 |
| Advice Date | 1/4/2008 |
| Period End | 1/5/2008 |
| Paygroup | LNSLBW |
| Job | L793 |
| Pay Rate | 21.6346 |

**COMPANY MESSAGE**

**EARNINGS**

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Group Term Life | | 0.66 | 0.66 |
| Regular Pay | 80.00 | 1,730.77 | 1,730.77 |
| Stock Match | | 2.50 | 2.50 |

**DEDUCTIONS**

| Deduction | Current | YTD |
|---|---|---|
| 401K Loan | 78.48 | 78.48 |
| 401K Savings | 103.85 | 103.85 |
| AD&D | 1.62 | 1.62 |
| Cancer | 5.34 | 5.34 |
| Dental | 8.04 | 8.04 |
| Group Term Life | 0.66 | 0.66 |
| LTD Suppl | 4.33 | 4.33 |
| Medical EPO | 40.00 | 40.00 |
| Stock Match | 2.50 | 2.50 |
| Stock Purchase | 25.00 | 25.00 |
| Vision | 4.40 | 4.40 |

**TAXES**

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 198.81 | 198.81 |
| Employee Medica | 24.30 | 24.30 |
| Social Security | 103.92 | 103.92 |
| SC State Income | 65.33 | 65.33 |

**EMPLOYEE ACCRUALS**

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| 2805637369 | C | 1,047.35 |

1 18000012 1
James B. Phillips Jr.
1868 E Sandhurst Dr
Florence, SC 29505-2950

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 1,733.93 | 412.36 | 274.22 | 1,047.35 | Total Net Pay | 1,047.35 |
| YTD | 1,733.93 | 412.36 | 274.22 | 1,047.35 | | |

**Scanned Document #3**



8600 South Blvd.
Charlotte, NC 28273

Advice No   389509
Date   1/18/2008

PAY

One Thousand Forty Four and 81/100 ************

TO THE   James B. Phillips Jr.
ORDER   1868 E Sandhurst Dr
OF   Florence, SC 29505-2950

$1,044.81

NON-NEGOTIABLE

NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE

---

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

8600 South Blvd.
Charlotte, NC 28273

James B. Phillips Jr.
1868 E Sandhurst Dr
Florence, SC 29505-2950

| | | | | |
|---|---|---|---|---|
| Emp No | 036817 | FIT | S 1 | |
| Location | STHCAR | SIT res | S 1 | |
| Group/Region | SR052 | SIT work | S 1 | |
| Loc/District | 116 | | | |
| Dept/Branch | B000 | | | |
| Cost Center | 116000 | | | |

| | |
|---|---|
| Advice No | 389509 |
| Advice Date | 1/18/2008 |
| Period End | 1/19/2008 |
| Paygroup | LNSLBW |
| Job | L763 |
| Pay Rate | 21.6346 |

COMPANY MESSAGE

### EARNINGS

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Group Term Life | | 0.66 | 1.32 |
| Regular Pay | 80.00 | 1,730.77 | 3,461.54 |
| Stock Match | | 2.50 | 5.00 |

### DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| 401K Loan | 78.48 | 166.96 |
| 401K Savings | 103.85 | 207.70 |
| AD&D | 1.62 | 3.24 |
| Cancer | 5.34 | 10.68 |
| Dental | 8.24 | 16.28 |
| Group Term Life | 0.66 | 1.32 |
| LTD Suppl | 4.33 | 8.66 |
| Medical EPO | 44.00 | 84.00 |
| Stock Match | 2.50 | 5.00 |
| Stock Purchase | 25.00 | 50.00 |
| Vision | 4.40 | 8.80 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 197.76 | 396.57 |
| Employee Medica | 24.24 | 48.54 |
| Social Security | 103.66 | 207.58 |
| SC State Income | 85.04 | 170.37 |

### EMPLOYEE ACCRUALS

### NET PAY DISTRIBUTION

| | | | YTD |
|---|---|---|---|
| 2805637389 | | C | 1,044.81 |

1180001/
James B. Phillips J.
1868 E Sandhurst Dr
Florence, SC 29505-2950

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 1,733.93 | 410.70 | 278.42 | 1,044.81 |
| YTD | 3,467.86 | 823.06 | 552.64 | 2,092.16 |

| Total Net Pay | 1,044.81 |
|---|---|

**Scanned Document #3**

# Detail Payroll Register

## Lance Master Company

Select: Company is "LNCSL - Lance, Inc." and Employee(s) is 036817
Sort Order: Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 200710261 - 200712289

Page 1
Jan 29, 2008    3:27 PM

**EMPLOYEE**

| Name | Number |
|------|--------|
| Phillips Jr., James B. | 036817 |

**EARNINGS**

| Code | Position | Hours | Payrate | Current Amt | Shift |
|------|----------|-------|---------|-------------|-------|
| Pay No. 1 | 200710261 | | | | |
| IOCOM  0520255 | | | 35.90 Z | |
| IOCOM  0520255 | | | 60.58 Z | |
| IOCOM  0520255 | | | 1,253.70 Z | |
| ADD    0520256 | | | 300.00 Z | |
| BSEPO  0520256 | | | 0.59 Z | |
| CANCR  0520256 | | | 2.50 Z | |
| GTL | | | | |
| STMTC  0520256 | | | | |

Pay No. 1 — PerControl 200710261 — Pay Date 10/26/2007 — Period End Date 10/20/2007 — Current Amt

Check Amount: 1,653.37 — Direct Deposit: 1,003.37

**DEDUCTIONS**

| Job Code | Amount |
|----------|--------|
| L302 | 99.01 |
| 401K | 78.48 |
| 401KL | 1.62 |
| ADD | 40.00 |
| BSEPO | 5.34 |
| CANCR | 0.59 |
| GTL | 8.04 |
| MDBNT | 2.50 |
| STMTC | 25.00 |
| STOCK | 4.40 |
| VISN | 264.98 |

Net: 1,003.37

**TAXES**

| Code | Amount |
|------|--------|
| SCSIT | 89.02 |
| USFIT | 182.85 |
| USMEDEE | 23.13 |
| USSOCEE | 98.92 |
| | 394.92 |

---

| Name | Number |
|------|--------|
| Phillips Jr., James B. | 036817 |

**EARNINGS**

| Code | Position | Hours | Payrate | Current Amt | Shift |
|------|----------|-------|---------|-------------|-------|
| Pay No. 1 | 200711091 | | | | |
| IOCOM  0520256 | | | 31.60 Z | |
| IOCOM  0520256 | | | 49.96 Z | |
| IOCOM  0520256 | | | 975.68 Z | |
| BASE   0520256 | | | 300.60 Z | |
| GTL    0520256 | | | 0.59 Z | |
| STMTC  0520256 | | | 2.50 Z | |

Pay No. 1 — PerControl 200711091 — Pay Date 11/9/2007 — Period End Date 11/3/2007

Check Amount: 1,360.33 — Direct Deposit: 818.63

**DEDUCTIONS**

| Job Code | Amount |
|----------|--------|
| L302 | 81.43 |
| 401K | 78.48 |
| 401KL | 1.62 |
| ADD | 40.00 |
| BSEPO | 5.34 |
| CANCR | 0.59 |
| GTL | 8.64 |
| MDBNT | 2.50 |
| STMTC | 25.00 |
| STOCK | 4.40 |
| VISN | 247.40 |

Net: 818.63

**TAXES**

| Code | Amount |
|------|--------|
| SCSIT | 60.75 |
| USFIT | 133.90 |
| USMEDEE | 18.89 |
| USSOCEE | 80.76 |
| | 294.30 |

---

Check Printed: 3694 85

Check Printed: 3722 20

| Check Amount: | 0.00 |
|---|---|

| Check Amount: | Pay No. 1 | PerControl 200711211 | Pay Date 11/21/2007 | Period End Date 11/24/2007 |
|---|---|---|---|---|
| | IOCOM  1160100 | | | 17.40 Z |
| | IOCOM  1160100 | | | 66.22 Z |
| | IOCOM  1160100 | | | 596.55 Z |
| | BASE   1160100 | | | 150.00 Z |
| | GTL    1160100 | | | 0.66 Z |
| | RHG    1160100 | | | 1,720.77 Z |

Phillips Jr., James B.  036817   80.00   21.6346

Direct Deposit:

**DEDUCTIONS**

| Job Code | Amount |
|----------|--------|
| L793 | 153.66 |
| 401K | 78.48 |
| 401KL | 1.62 |
| ADD | 40.00 |
| BSEPO | 5.34 |
| CANCR | 0.66 |

GTL

Net: 818.63

**TAXES**

| Code | Amount |
|------|--------|
| SCSIT | 139.96 |
| USFIT | 396.90 |
| USMEDEE | 36.34 |
| USSOCEE | 155.39 |

JAN. 29, 2008   3:41PM                NO. 6229    P. 2

**Scanned Document #3**

# Detail Payroll Register

## Lance Master Company

Jan. 29, 2008   3:27 PM   Page  2

Select: Company is "LNCSL - Lance, Inc." and Employee(s) is 036817
Sort Order: Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 2007102261 - 2007122289

| EMPLOYEE | | EARNINGS | | | | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Position | Hours | PerControl | Payrate | Pay Date | Current Amt | Shift | Period End Date | Job Code | Code | Amount | Code | Amount |

**Phillips Jr., James B.**   036817

| | | Pay No: 1 | | | PerControl | | Pay Date | | | Period End Date | Job Code | | | | Continued from Previous Page |
| | | STMTC 1160100 | | | 2007112211 | | 11/2/2007 | 2.50 Z | | 11/24/2007 | L793 | | | |
| | | | | | | | | | | | MDENT | | 8.04 | |
| | | | | | | | | | | | STMTC | | 2.59 | |
| | | | | | 80.00 | | | | | | STOCK | | 25.00 | |
| | | | | | | | | | | | VISN | | 4.40 | |
| | | | | | | Check Amount: | 2,564.10 | | Direct Deposit: | | | | | Net: | 728.59 |

**Check Printed:**   376042

**Phillips Jr., James B.**   036817

| | | Pay No: 1 | | | PerControl | | Pay Date | | | Period End Date | Job Code | | | | |
| | | GTL 1160100 | | | 2007112074 | | 12/7/2007 | 0.66 Z | | 12/8/2007 | L793 | | | SCSIIT | 85.33 |
| | | REG 1160100 | 80.00 | | | 21.6346 | | 1,730.77 Z | | | 401K | | 103.85 | USIIT | 201.81 |
| | | STMTC 1160100 | | | | | | 2.50 Z | | | 401KL | | 78.48 | USMEDEE | 24.30 |
| | | | | | | | | | | | ADD | | 1.62 | USSOCHE | 103.92 |
| | | | | | | | | | | | BSEPO | | 40.00 | |
| | | | | | | | | | | | CANCR | | 5.34 | |
| | | | | | | | | | | | GTL | | 0.66 | |
| | | | | | | | | | | | MDENT | | 8.04 | |
| | | | | | | | | | | | STMTC | | 2.50 | |
| | | | | | | | | | | | STOCK | | 25.00 | |
| | | | | | | | | | | | VISN | | 4.40 | |
| | | | | | | | | Check Amount: | 1,733.93 | Direct Deposit: | 1,515.81 | | | | Net: | 1,515.81 |

**Check Printed:**   376042

**Phillips Jr., James B.**   036817

| | | Pay No: 1 | | | PerControl | | Pay Date | | | Period End Date | Job Code | | | | |
| | | GTL 1160100 | | | 2007122311 | | 12/21/2007 | 0.66 Z | | 12/22/2007 | L793 | | | SCSIIT | 85.33 |
| | | REG 1160100 | 80.00 | | | 21.6346 | | 1,730.77 Z | | | 401K | | 103.85 | USIIT | 201.81 |
| | | STMTC 1160100 | | | | | | 2.50 Z | | | 401KL | | 78.48 | USMEDEE | 24.30 |
| | | | | | | | | | | | ADD | | 1.62 | USSOCHE | 103.92 |
| | | | | | | | | | | | BSEPO | | 40.00 | |
| | | | | | | | | | | | CANCR | | 5.34 | |
| | | | | | | | | | | | GTL | | 0.66 | |
| | | | | | | | | | | | MDENT | | 8.04 | |
| | | | | | | | | | | | STMTC | | 2.50 | |
| | | | | | | | | | | | STOCK | | 25.00 | |
| | | | | | | | | | | | VISN | | 4.40 | |
| | | | | | | | | Check Amount: | 0.00 | Direct Deposit: | 1,048.68 | | | | Net: | 1,048.68 |

**Check Printed:**   379470

**Scanned Document #3**

# Detail Payroll Register
## Lance Master Company

Jan. 29, 2008   3:27 PM
Page 3

Select: Company is "LNCSL - Lanca, Inc." and Employee(s) is 036817
Sort Order: Name (Last, First Init)(Asc), Period Control(Asc)
Pay Period Range: 2007/0261 - 2007/2289

| EMPLOYEE | | | EARNINGS | | | | | | | DEDUCTIONS | | TAXES | |
| Name | Number | Code | Position | Code | Hours | Payrate | Program | Current Amt | Shift | Shift Amt | Job Code | Code | Amount | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phillips Jr., James B. | 036817 | | Pay No.: 1 | | PerControl 2007/1211 | 80.00 | Pay Date: 12/21/2007 | 1,793.93 | | Period End Date: 12/22/2007 | L793 | | *Continued from Previous Page* | | 415.36 |
| | | | | | | | | | | | | | | | 209.89 |

Check Printed:   3344422    Check Amount:   1,048.68    Direct Deposit:   0.00    Net:   1,048.68

| Phillips Jr., James B. | 036817 | | Pay No.: 2 TRAIN 1161100 | | PerControl 2007/1211 | | Pay Date: 12/21/2007 | 248.54  2 | | Period End Date: 12/22/2007 | L793 | | | SCSIT | 17.40 |
| | | | | | | | | | | | | | | USFIT | 62.13 |
| | | | | | | | | | | | | | | USMEDHE | 3.60 |
| | | | | | | | | | | | | | | USSOCRE | 15.41 |
| | | | | | | | | | | | | | | | 98.54 |

248.54

Check Printed:   3344423    Check Amount:   150.00    Direct Deposit:   0.00    Net:   150.00

**Scanned Document #3**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 096 |
|-----|------|-------|-------|-----------|-----|
| KL2 | 001392 | 024000 | 2931 | 0000450058 | 1 |

## Earnings   Statement

**ADP**®

*PATHOLOGY SERVICE ASSOCIATES LLC*
*REGULAR ACCOUNT*
*PO BOX 100559  803-664-4300*
*FLORENCE, SC 29501*

Period  Ending:     11/08/2007
Pay  Date:          11/15/2007

S.  MICHELLE    ALLEN   PHILLIPS
7344   FRIENDFIELD        RD
EFFINGHAM,SC    29541

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  0
State:    0

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 101.15 | 1,314.95 | |
| Overtime | 19.5000 | 2.52 | 49.14 | |
| Incentive Hours | 13.0000 | 2.00 | 26.00 | |
| Gross Pay | | | $1,390.09 | 23,795.85 |

Your  federal  taxable  wages  this  period  are
$1,226.49

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total 401K | 69.50 | |
| 401K Match | 27.80 | |
| Hire Date | | 03/25/2003 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -151.86 | 2,452.78 |
| | Social Security Tax | -80.36 | 1,349.49 |
| | Medicare Tax | -18.80 | 315.61 |
| | SC State Income Tax | -73.35 | 1,196.68 |
| | **Other** | | |
| | Checking 1 | -849.71 | |
| | Dental | -14.56* | |
| | Flex Life | -1.63 | |
| | Ltd | -6.60 | |
| | Medical | -52.61* | |
| | Medical Fsa | -26.93* | |
| | Supplemental Li | -2.00 | |
| | 401K | -69.50* | |
| | 401K Loan 1 | -43.81 | |
| | **Adjustment** | | |
| | Co Crd Baselife | +1.63 | |
| | Net Pay | $0.00 | |

* Excluded from federal taxable wages

© 1991 ADP, Inc.

PATHOLOGY  SERVICE  ASSOCIATES  LLC
REGULAR  ACCOUNT
PO BOX 100559  803-664-4300
FLORENCE , SC 29501

Advice number:      00000450058
Pay  date:          11/15/2007

| Deposited  to the account  of | account number | transit ABA | amount |
|---|---|---|---|
| S. MICHELLE ALLEN PHILLIPS | 1010173126622 | 0532 0776 | $849.71 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Scanned Document #3**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| KL2 | 001392 | 024000 | 2931 | 0000480060 | 1 |

**Earnings   Statement**

ADP®

*PATHOLOGY SERVICE ASSOCIATES LLC*
*REGULAR ACCOUNT*
*PO BOX 100559  803-664-4300*
*FLORENCE, SC 29501*

Period Ending:     11/23/2007
Pay Date:          11/30/2007

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  State:    0

S.  MICHELLE   ALLEN   PHILLIPS
7344  FRIENDFIELD   RD
EFFINGHAM,SC    29541

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 70.03 | 910.39 | |
| Overtime | 19.5000 | 6.52 | 127.14 | |
| Holiday | 13.0000 | 16.00 | 208.00 | |
| Gross Pay | | | $1,245.53 | 25,041.38 |

Your federal taxable wages this period are
$1,089.15

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Total 401K | 62.28 | |
| 401K Match | 24.91 | |
| Hire Date | | 03/25/2003 |

| Deductions | Statutory | | year to date |
|------------|-----------|--|--------------|
| | Federal Income  Tax | -131.26 | 2,584.04 |
| | Social Security  Tax | -71.38 | 1,420.87 |
| | Medicare  Tax | -16.69 | 332.30 |
| | SC State Income Tax | -63.74 | 1,260.42 |

**Other**

| | this period |
|--|-------------|
| Checking 1 | -753.67 |
| Dental | -14.56* |
| Flex Life | -1.63 |
| Ltd | -6.60 |
| Medical | -52.61* |
| Medical Fsa | -26.93* |
| Supplemental Li | -2.00 |
| 401K | -62.28* |
| 401K Loan 1 | -43.81 |

**Adjustment**

| | |
|--|--|
| Co Crd Baselife | +1.63 |
| Net Pay | $0.00 |

* Excluded from federal taxable wages

© 1991 ADP, Inc.

PATHOLOGY  SERVICE  ASSOCIATES  LLC
REGULAR  ACCOUNT
PO BOX 100559   803-664-4300
FLORENCE , SC 29501

Advice number:      00000480060
Pay date:           11/30/2007

Deposited  to the account  of
**S. MICHELLE  ALLEN  PHILLIPS**

| account  number | transit  ABA | | amount |
|-----------------|-------------|--|--------|
| 1010173126622 | 0532  0776 | | $753.67 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | NUMBER | 056 |
|-----|------|-------|-------|--------|-----|
| KL2 | 001392 | 024000 | 2931 | 0030066670 | 1 |

**Earnings Statement**

ADP

PATHOLOGY SERVICE ASSOCIATES LLC
REGULAR ACCOUNT
PO BOX 100559  803-664-4300
FLORENCE, SC 29501

Period Ending: 12/08/2007
Pay Date: 12/14/2007

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
State: 0

S. MICHELLE   ALLEN   PHILLIPS
1868  E.SANDHURST   DR.
FLORENCE,SC   29505

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 79.07 | 1,027.91 | |
| Overtime | 19.5000 | 6.07 | 118.37 | |
| Pto | 13.0000 | 5.00 | 65.00 | |
| **Gross Pay** | | | **$1,211.28** | 26,252.66 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total 401K | 60.56 | |
| 401K Match | 24.22 | |
| Hire Date | | 03/25/2003 |

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal Income Tax | -126.38 | 2,710.42 |
| | Social Security Tax | -69.27 | 1,490.14 |
| | Medicare Tax | -16.20 | 348.50 |
| | SC State Income Tax | -61.46 | 1,321.88 |

**Deposits**

| Account No. | 2805637389 |
|---|---|
| Transit/ABA | 2532 7194 |
| Pending | |

| Other | |
|---|---|
| Dental | -14.56* |
| Flex Life | -1.63 |
| Ltd | -6.60 |
| Medical | -52.61* |
| Medical Fsa | -26.93* |
| Supplemental Li | -2.00 |
| 401K | -60.56* |
| 401K Loan 1 | -43.81 |

**Important Notes**
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

| Adjustment | |
|---|---|
| Co Crd Baselife | +1.63 |
| **Net Pay** | **$730.90** |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,056.62

© 1991 ADP, Inc.

8-1149/433

PATHOLOGY SERVICE ASSOCIATES LLC
REGULAR ACCOUNT
PO BOX 100559  803-664-4300
FLORENCE , SC 29501

Payroll check number: 30066670
Pay date: 12/14/2007

Pay to the
order of:  S. MICHELLE  ALLEN  PHILLIPS

This amount:  SEVEN HUNDRED THIRTY AND 90/100 DOLLARS          $730.90

THIS IS NOT A CHECK

VOID NON-NEGOTIABLE  VOID  NON-NEGOTIABLE

NEXTIER

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| KL2 | 001392 | 053000 | 2931 | 0000520073 | 1 |

**Earnings   Statement**

ADP®

PATHOLOGY SERVICE ASSOCIATES LLC
REGULAR ACCOUNT
PO BOX 100559  803-664-4300
FLORENCE, SC 29501

Period Ending:     12/23/2007
Pay Date:          12/31/2007

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  State:    0

S. MICHELLE   ALLEN   PHILLIPS
1868   E.SANDHURST      DR.
FLORENCE,SC      29505

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 69.17 | 899.21 | |
| Overtime | 19.5000 | .58 | 11.31 | |
| Pto | 13.0000 | 12.00 | 156.00 | 221.00 |
| Holiday | | | | 788.80 |
| Ins Comp | | | | 39.00 |
| **Gross Pay** | | | **$1,066.52** | 27,319.18 |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $919.09

**Other Benefits and
Information**

| | this period | total to date |
|---|-------------|---------------|
| Total 401K | 53.33 | |
| 401K Match | 21.33 | |
| Safe Harbor | | 500.20 |
| Hire Date | | 03/25/2003 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -105.75 | 2,816.17 |
| | Social Security Tax | -60.29 | 1,550.43 |
| | Medicare Tax | -14.10 | 362.60 |
| | SC State Income Tax | -51.83 | 1,373.71 |
| | **Other** | | |
| | Checking 1 | -634.71 | |
| | Dental | -14.56* | 349.44 |
| | Flex Life | -1.63 | 39.12 |
| | Ltd | -6.60 | 6.60 |
| | Medical | -52.61* | 1,262.64 |
| | Medical Fsa | -26.93* | |
| | Supplemental Li | -2.00 | |
| | 401K | -53.33* | 540.00 |
| | 401K Loan 1 | -43.81 | 175.24 |
| | Co Crd Baselife | | -39.12 |
| | **Adjustment** | | |
| | Co Crd Baselife | +1.63 | |
| | **Net Pay** | | **$0.00** |

©1991 ADP, Inc

PATHOLOGY  SERVICE  ASSOCIATES  LLC
REGULAR  ACCOUNT
PO  BOX  100559    803-664-4300
FLORENCE , SC  29501

Advice number:     00000520073
Pay date:          12/31/2007

**THIS IS NOT A CHECK**

| Deposited  to the account of | account number | transit  ABA | amount |
|------------------------------|----------------|--------------|--------|
| S. MICHELLE  ALLEN  PHILLIPS | 2805637389 | 2532  7194 | $634.71 |

**NON-NEGOTIABLE**

**Scanned Document #3**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| KL2 | 001392 | 059000 | 2931 | 0000020074 | 1 |

### Earnings  Statement

**ADP**

*PATHOLOGY SERVICE ASSOCIATES LLC*
*REGULAR ACCOUNT*
*PO BOX 100559  803-664-4300*
*FLORENCE, SC 29501*

| Period Ending: | 01/08/2008 |
|----------------|------------|
| Pay Date: | 01/15/2008 |

Taxable  Marital Status: Single
Exemptions/Allowances:
   Federal:  0
   State:    0

S.  MICHELLE   ALLEN   PHILLIPS
1868   E.SANDHURST         DR.
FLORENCE,SC     29505

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 13.0000 | 82.52 | 1,072.76 | |
| Holiday | 13.0000 | 24.00 | 312.00 | |
| **Gross Pay** | | | **$1,384.76** | 1,384.76 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Hire Date | | 03/25/2003 |

| Deductions | Statutory | | year to date |
|------------|-----------|--|--------------|
| | Federal Income Tax | -153.19 | 153.19 |
| | Social Security Tax | -81.05 | 81.05 |
| | Medicare  Tax | -18.95 | 18.95 |
| | SC State Income Tax | -74.15 | 74.15 |
| | **Other** | | |
| | Dental | -2.00* | 2.00 |
| | Depend  Life | -4.00 | |
| | Dirdep - Checking | -848.81 | |
| | Medical | -63.13* | 63.13 |
| | Medical  Fsa | -10.00* | |
| | Short Term Dis | -11.54 | |
| | Supplemental  Li | -2.46 | |
| | Vision | -2.43* | 2.43 |
| | 401 (K) Plan | -69.24* | |
| | 401K  Loan | -43.81 | |
| | **Net Pay** | | **$0.00** |

**\* Excluded from federal taxable wages**

Your  federal  taxable  wages  this  period  are
$1,237.96

© 1991 ADP. Inc.

*PATHOLOGY  SERVICE  ASSOCIATES  LLC*
*REGULAR  ACCOUNT*
*PO BOX 100559   803-664-4300*
*FLORENCE , SC 29501*

| Advice number: | 00000020074 |
|----------------|-------------|
| Pay  date: | 01/15/2008 |

| Deposited  to  the  account  of | account number | transit  ABA | amount |
|-------------------------------|----------------|--------------|--------|
| S. MICHELLE  ALLEN  PHILLIPS | 2805637389 | 2532  7194 | $848.81 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

B6J (Official Form 6J) (12/07)

IN RE:  **James Bennett Phillips, Jr.**                Case No. _____
         **Michelle Allen Phillips**                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,036.35 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $225.00 |
|             b. Water and sewer | |
|             c. Telephone | $35.00 |
|             d. Other:   Cable | $75.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $500.00 |
| 5. Clothing | $70.00 |
| 6. Laundry and dry cleaning | $20.00 |
| 7. Medical and dental expenses | $25.00 |
| 8. Transportation (not including car payments) | $350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $150.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | |
|          b. Life | |
|          c. Health | |
|          d. Auto | $130.00 |
|          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $40.00 |
| Specify: Automobile | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto: | |
|          b. Other: | |
|          c. Other: | |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others:     Child Support to Joseph Talbot | $155.00 |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: Cell Phone | $60.00 |
| 17.b. Other: Personal Hygeine | $50.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,021.35** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $4,046.23 |
| b. Average monthly expenses from Line 18 above | $3,021.35 |
| c. Monthly net income (a. minus b.) | $1,024.88 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **James Bennett Phillips, Jr.**                                    Case No. _____
       **Michelle Allen Phillips**                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**39**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **01/29/2008**_____          Signature  **/s/ James Bennett Phillips, Jr.**_____
                                                              ***James Bennett Phillips, Jr.***


Date  **01/29/2008**_____          Signature  **/s/ Michelle Allen Phillips**_____
                                                              ***Michelle Allen Phillips***

                                                   [If joint case, both spouses must sign.]

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:  **James Bennett Phillips, Jr.**                          Case No. _____
        **Michelle Allen Phillips**                                      (if known)


# STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,467.86 | 2008 YTD Debtor Income |
| $40,513.54 | 2007 Debtor Income |
| $39,775.00 | 2006 Debtor Income |
| | |
| $1,384.76 | 2008 Jt. Debtor Income |
| $27,319.18 | 2007 Jt. Debtor Income |
| $21,920.88 | 2006 Jt. Debtor Income |
| | |
| $7,287.00 Gross | 2006 SE Income from Mower Madness |
| $-7,539.00 Net | |
| | |
| $1,884.00 Gross | SE Income from R & D Heating and Air |
| unknown Net | |

---

None
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| First Citizens<br>PO Box 31068<br>Charlotte, NC 28231 | 3 Payments of $548.50 | $1,645.50 | $28,979.00 |
| Citifinancial Auto Inquries<br>PO Box 9575<br>Coppell, TX 75019-9575 | 3 payments of $322.53 | $967.59 | $15,573.00 |
| Suntrust Mortgage<br>PO Box 26149<br>Richmond, VA 23260-6149 | 1-2008 | $1,036.35 | $124,650.00 |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

In re:  **James Bennett Phillips, Jr.**                                    Case No. _____
        **Michelle Allen Phillips**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6. Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 7. Gifts

None
☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

In re:   **James Bennett Phillips, Jr.**                                    Case No. _____
         **Michelle Allen Phillips**                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Michael J. Cox Atty at Law, LLC**<br>**PO Box 475**<br>**Columbia, SC 29202** | **01/2008** | **$1,550.00, includes attorney's fee and filing fee** |
| **Care one Credit**<br>**(debt management plan)** | **11-20-06 through 11-27-07** | **$7,544.00** |

---

### 10. Other transfers

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Hub Ford** | **7-14-07** | **1999 Chevrolet Truck**<br>**Received $6,000.00 trade credit towards purchase of new car** |

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

In re:    **James Bennett Phillips, Jr.**                                    Case No. _____
          **Michelle Allen Phillips**
                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None    **14. Property held for another person**
☐
        List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **James Phillips Sr.**<br>**1013 Woodstone Dr.**<br>**Florence, SC  29501** | **12 ft Jon Boat** | **Debtors residence** |
| **Charles F. Allen**<br>**7369 Friendfield Rd.**<br>**Effingham, SC** | **Cub Cadet 50" zero turn lawnmower and trailer** | **Debtor's Residence** |

---

None    **15. Prior address of debtor**
☐
        If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **7344 Friendfield Rd.**<br>**Effingham, SC 29541** | **Same** | **August 2002 through December 1,2007** |

---

None    **16. Spouses and Former Spouses**
☒
        If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None    a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☒       potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None    b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☒       Indicate the governmental unit to which the notice was sent and the date of the notice.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:  **James Bennett Phillips, Jr.**                    Case No. _____
        **Michelle Allen Phillips**                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

---

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☑     or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None
☐    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
     dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
     sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
     commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
     preceding the commencement of this case.

     If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
     dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years
     immediately preceding the commencement of this case.

     If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
     dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years
     immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Mower Madness**<br>**7344 Friend Field Road**<br>**Effingham, SC  29541**<br>**XXX-XX-4213** | **Lawn Care** | **1-2005 through 8-2006** |
| **Indepeandant Contractor for R & D Sales**<br>**xxx-xx-4213** | **General Labor for a Heating and AC Company** | **6-25-07 through 9-5-07** |

---

None
☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,
within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of
more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or
self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within
six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go
directly to the signature page.)

---

## 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the
     keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Debtor** | |

---

None
☑    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account
     and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:  **James Bennett Phillips, Jr.**                    Case No. _____
        **Michelle Allen Phillips**                                        (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None

☐   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                                              **ADDRESS**
**Debtor**

---

None

☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None

☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None

☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None

☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None

☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None

☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None

☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None

☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None

☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

### 25. Pension Funds

None

☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

In re:  **James Bennett Phillips, Jr.**                                    Case No. _____
        **Michelle Allen Phillips**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **01/29/2008**_____    Signature ____ **/s/ James Bennett Phillips, Jr.**_____
                                                of Debtor   ***James Bennett Phillips, Jr.***

Date  **01/29/2008**_____    Signature ____ **/s/ Michelle Allen Phillips**_____
                                                of Joint Debtor  ***Michelle Allen Phillips***
                                                (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**B22C (Official Form 22C) (Chapter 13) (01/08)**

In re: **James Bennett Phillips, Jr.**
　　　**Michelle Allen Phillips**

Case Number:

| According to the calculations required by this statement: |
| --- |
| ☐　**The applicable commitment period is 3 years.** |
| ☑　**The applicable commitment period is 5 years.** |
| ☑　**Disposable income is determined under § 1325(b)(3).** |
| ☐　**Disposable income is not determined under § 1325(b)(3).** |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. REPORT OF INCOME | | |
| --- | --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐　Unmarried.　**Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☑　Married.　**Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Debtor's Income** | **Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $3,772.49 | $2,490.02 |
| 3 | **Income from the operation of a business, profession, or farm.**　Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.　**Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | |

| 3 | a. | Gross receipts | $0.00 | $0.00 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | b. | Ordinary and necessary business expenses | $0.00 | $0.00 | | |
| | c. | Business income | Subtract Line b from Line a | | $0.00 | $0.00 |

| 4 | **Rent and other real property income.**　Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br>**Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.** | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | a. | Gross receipts | $0.00 | $0.00 | | |
| | b. | Ordinary and necessary operating expenses | $0.00 | $0.00 | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | | $0.00 | $0.00 |

| 5 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| --- | --- | --- | --- |
| 6 | **Pension and retirement income.** | $0.00 | $0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | $0.00 | $0.00 |
| 8 | **Unemployment compensation.**　Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |

| 8 | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor<br>$0.00 | Spouse<br>$0.00 | $0.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

| 9 | **Income from all other sources.**　Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9.　**Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
| --- | --- | --- | --- | --- |
| | a. | | | |
| | b. | | | |
| | | | $0.00 | $0.00 |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008

**B22C (Official Form 22C) (Chapter 13) (01/08)**

| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $3,772.49 | $2,490.02 |
|---|---|---|---|
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $6,262.51 |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11. | $6,262.51 |
|---|---|---|
| 13 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |

| | a. | | |
|---|---|---|---|
| | b. | | |
| | c. | | |

| | Total and enter on Line 13. | $0.00 |
|---|---|---|

| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $6,262.51 |
|---|---|---|
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $75,150.12 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:  **South Carolina**  b. Enter debtor's household size:  **2** | $45,233.00 |

| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed.<br><br>☐  **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br><br>☑  **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. |
|---|---|

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | Enter the amount from Line 11. | $6,262.51 |
|---|---|---|
| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |

| | | |
|---|---|---|
| | | |
| | | |

| | Total and enter on Line 19. | $0.00 |
|---|---|---|

B22C (Official Form 22C) (Chapter 13) (01/08)

| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $6,262.51 |
| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $75,150.12 |
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $45,233.00 |
| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br>☑ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br>☐ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. DO NOT COMPLETE PARTS IV, V, OR VI. | |

### Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $925.00 |

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | $54.00 | a2. | Allowance per member | $144.00 |
| b1. | Number of members | 1 | b2. | Number of members | 1 |
| c1. | Subtotal | $54.00 | c2. | Subtotal | $144.00 | $198.00 |

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $418.00 |

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| a. | IRS Housing and Utilities Standards; mortgage/rent expense | $669.00 | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $1,036.35 | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $0.00 |

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |

B22C (Official Form 22C) (Chapter 13) (01/08)

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.  ☐ 0   ☐ 1   ☑ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region.  (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | **$362.00** |
|---|---|---|
| 27B | **Local Standards: transportation; additional public transportation expense.**<br>If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation.  (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | **$0.00** |

| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**<br>Check the number of vehicles for which you claim an ownership/lease expense.  (You may not claim an ownership/lease expense for more than two vehicles.)   ☐ 1   ☑ 2 or more<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. |  |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $478.00 | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $319.50 | |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | **$158.50** |

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**<br>Complete this Line only if you checked the "2 or more" Box in Line 28.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. |  |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $478.00 | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $594.53 | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | **$0.00** |

| 30 | **Other Necessary Expenses: taxes.**  Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes.  DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | **$1,469.19** |
|---|---|---|
| 31 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs.  DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | **$0.00** |
| 32 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | **$8.54** |
| 33 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 49. | **$154.35** |

**B22C (Official Form 22C) (Chapter 13) (01/08)**

| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | **$0.00** |
|----|---|---|
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool. DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | **$0.00** |
| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 39. | **$0.00** |
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents. DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | **$111.00** |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | **$3,804.58** |

<table>
<tr><td colspan="3" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 24-37</b></td></tr>
</table>

| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|----|---|---|

| a. | Health Insurance | $259.53 |
|----|---|---|
| b. | Disability Insurance | $0.00 |
| c. | Health Savings Account | $53.86 |

Total and enter on Line 39 — **$313.39**

IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below:

_____

| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. DO NOT INCLUDE PAYMENTS LISTED IN LINE 34. | **$0.00** |
|----|---|---|
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | **$0.00** |
| 42 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | **$0.00** |

**B22C (Official Form 22C) (Chapter 13) (01/08)**

| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
|----|----|----|
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitble contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). DO NOT INCLUDE ANY AMOUNT IN EXCESS OF 15% OF YOUR GROSS MONTHLY INCOME. | $0.00 |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | **$313.39** |

### Subpart C: Deductions for Debt Payment

| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | |
|----|----|----|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | **Citifinancial Auto Inquries** | **2006 Hyundai** | $319.50 | ☐ yes ☑ no | |
| b. | **First Citizens** | **2006 Nissan Titan Vin 1N6A/** | $594.53 | ☐ yes ☑ no | |
| c. | **Suntrust Mortgage** | **Debtor's Residence** | $1,036.35 | ☑ yes ☐ no | |
| | | | Total: Add Lines a, b and c | | $1,950.38 |

| 48 | **Other payments on secured claims.** If any of the debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|----|----|----|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | | | | |
| b. | | | | |
| c. | | | | |
| | | | Total: Add Lines a, b and c | $0.00 |

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 33. | $28.73 |
|----|----|----|

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | |
|----|----|----|

| | | | |
|---|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | $1,025.00 | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | 5.9% | |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $60.48 |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | **$2,039.59** |
|----|----|----|

### Subpart D: Total Deductions from Income

| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46 and 51. | **$6,157.56** |
|----|----|----|

B22C (Official Form 22C) (Chapter 13) (01/08)

| | Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2) | |
|---|---|---|
| 53 | **Total current monthly income.** Enter the amount from Line 20. | $6,262.51 |
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $516.57 |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $6,157.56 |
| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF THESE EXPENSES AND YOU MUST PROVIDE A DETAILED EXPLANATION OF THE SPECIAL CIRCUMSTANCES THAT MAKE SUCH EXPENSES NECESSARY AND REASONABLE. | |

| | Nature of special circumstances | Amount of expense |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total: Add Lines a, b, and c | $0.00 |

| | | |
|---|---|---|
| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $6,674.13 |
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | ($411.62) |

| | Part VI: ADDITIONAL EXPENSE CLAIMS | |
|---|---|---|
| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total: Add Lines a, b, and c | $0.00 |

| | Part VII: VERIFICATION | |
|---|---|---|
| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* Date: **01/29/2008**   Signature:  **/s/ James Bennett Phillips, Jr.** (Debtor)   Date: **01/29/2008**   Signature:  **/s/ Michelle Allen Phillips** (Joint Debtor, if any) | |

## Current Monthly Income Calculation Details

In re: **James Bennett Phillips, Jr.**       Case Number:
      **Michelle Allen Phillips**           Chapter:    **13**

**2.**    **Gross wages, salary, tips, bonuses, overtime commissions.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Lance** | | | | | | |
| | $3,446.41 | $5,159.52 | $3,644.40 | $3,461.54 | $3,461.54 | $3,461.54 | **$3,772.49** |
| **Spouse** | **PSA** | | | | | | |
| | $3,298.11 | $2,095.08 | $2,262.07 | $2,371.46 | $2,635.62 | $2,277.80 | **$2,490.02** |

## Underlying Allowances

In re: **James Bennett Phillips, Jr.**
**Michelle Allen Phillips**

Case Number:
Chapter:        **13**

| Median Income Information | |
| --- | --- |
| State of Residence | **South Carolina** |
| Household Size | **2** |
| Median Income per Census Bureau Data | **$45,233.00** |

| National Standards: Food, Clothing, Household Supplies, Personal Care, and Miscellaneous | |
| --- | --- |
| Region | **US** |
| Family Size | **2** |
| Gross Monthly Income | **$6,262.51** |
| Income Level | **Not Applicable** |
| Food | **$511.00** |
| Housekeeping Supplies | **$59.00** |
| Apparel and Services | **$150.00** |
| Personal Care Products and Services | **$53.00** |
| Miscellaneous | **$152.00** |
| Additional Allowance for Family Size Greater Than 4 | **$0.00** |
| Total | **$925.00** |

| National Standards: Health Care (only applies to cases filed on or after 1/1/08) | |
| --- | --- |
| **Household members under 65 years of age** | |
| Allowance per member | **$54.00** |
| Number of members | **1** |
| Subtotal | **$54.00** |
| **Household members 65 years of age or older** | |
| Allowance per member | **$144.00** |
| Number of members | **1** |
| Subtotal | **$144.00** |
| **Total** | **$198.00** |

| Local Standards: Housing and Utilities | |
| --- | --- |
| State Name | **South Carolina** |
| County or City Name | **Florence County** |
| Family Size | **Family of 2** |
| Non-Mortgage Expenses | **$418.00** |
| Mortgage/Rent Expense Allowance | **$669.00** |
| Minus Average Monthly Payment for Debts Secured by Home | **$1,036.35** |
| Equals Net Mortgage/Rental Expense | **$0.00** |
| Housing and Utilities Adjustment | **$0.00** |

## Underlying Allowances

In re: **James Bennett Phillips, Jr.**
    **Michelle Allen Phillips**

Case Number:
Chapter:    **13**

| Local Standards: Transportation; Vehicle Operation/Public Transportation | |
|---|---|
| Transportation Region | **South Region** |
| Number of Vehicles Operated | **2 or more** |
| Allowance | **$362.00** |

| Local Standards: Transportation; Additional Public Transportation Expense | |
|---|---|
| Transportation Region | **South Region** |
| Allowance (if entitled) | **$163.00** |
| Amount Claimed | **$0.00** |

| Local Standards: Transportation; Ownership/Lease Expense | | |
|---|---|---|
| Transportation Region | **South Region** | |
| Number of Vehicles with Ownership/Lease Expense | **2 or more** | |
| | **First Car** | **Second Car** |
| Allowance | **$478.00** | **$478.00** |
| Minus Average Monthly Payment for Debts Secured by Vehicle | **$319.50** | **$594.53** |
| Equals Net Ownership / Lease Expense | **$158.50** | **$0.00** |

Computer software provided by **LegalPRO Systems, Inc.**, San Antonio, Texas (210) 561-5300, Copyright 1996-2008

ASSOCIATED RECOVERY SYSTEMS
PO BOX 469046
ESCONDIDO, CA 92046


BB&T
PO BOX 1626
WILSON NC 27894-1626


CAPITAL ONE CORRESPONDENCE
PO BOX 30285
SALT LAKE CITY, UT  84130-0285


CIRCUIT CITY
PO BOX 15291
WILMINGTON, DE  19886-5291


CITIFINANCIAL AUTO INQURIES
PO BOX 9575
COPPELL, TX 75019-9575


CITIFINANCIAL BANKRUPTCY DEPT PER
PO BOX 140489
IRVING, TX 75014-0489


EQUIFAX INFORMATION SERVICE CENTER
ATTN: DISPUTE RESOLUTION DEPARTMENT
PO BOX 105873
ATLANTA, GA 30328


EXPERIAN INFORMATION SOLUTIONS
ATTN: SUPERVISOR, LEGAL DEPARTMENT
PO BOX 1240
ALLEN, TX 75013


FIRST CITIZENS
PO BOX 31068
CHARLOTTE, NC 28231

FLORENCE COUNTY FAMILY COURT
180 N IRBY ST
FLORENCE, SC 29501


FLORENCE COUNTY TAX COLLECTOR
180 N IRBY ST
MSC - TT
FLORENCE, SC 29501


FLORENCE RADIOLOGICAL ASSOCIATES
PO BOX 100523
FLORENCE SC 29501-0523


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY UNIT
PO BOX 21126
PHILADELPHIA, PA 19114


JOSEPH TALBOT
2314 CHADWICK DR.
FLORENCE, SC 29501


JOSEPH TALBOT
2341 CHADWICK
FLORENCE, SC 29501


JOSEPH TALBOT
2314 CHADWICK
FLORENCE, SC 29501


JOSEPH TALBOTT
2314 CHADWICK
FLORENCE, SC 29501


LOWE'S CONSUMER CREDIT CARD
PO BOX 981064
EL PASO, TX  79998-1064

LOWES BANKRUPTCY
PO BOX 103104
ROSWELL, GA 30076


MCLEOD OB GYN ASSOCIATES
901 E. CHEVES ST., STE 300
FLORENCE, SC 29506


MCLEOD REGIONAL MEDICAL CENTER
PO BOX 100567
FLORENCE, SC  29501-0567


MICHAEL J. COX ATTY AT LAW, LLC
PO BOX 475
COLUMBIA, SC 29202


MICHAEL R. MILLER, DMD
1519 HERITAGE LANE
FLORENCE, SC 29505


NORTHLAND GROUP, INC.
PO BOX 390846
EDINA, MN  55439


OPTION ONE MORTGAGE
PO BOX 57054
IRVINE, CA 92619


PEE DEE MEDICAL COLLECTION SERVICES
PO BOX 1597
FLORENCE, SC 29501


RETAIL SERVICES
PO BOX 15521
WILMINGTON, DE 19850-5521

SANTEE ELECTRIC COOPERATIVE
PO BOX 548
KINGSTREE, SC 29556-0548


SC COLLECTION AGENCY LLC
POB 5929
FLORECNE SC 29502


SC DEPARTMENT OF SOCIAL SERVICES
PO BOX 1520
COLUMBIA, SC  29202


SC DEPT. OF REVENUE
PO BOX 12265
COLUMBIA, SC  29211


SC EMPLOYMENT SECURITY COMMISSION
PO BOX 995
COLUMBIA, SC 29202


SUNTRUST MORTGAGE
PO BOX 26149
RICHMOND, VA 23260-6149


TRANSUNION
ATTN: DISPUTE RESOLUTION DEPARTMENT
PO BOX 2000
CHESTER, PA 19022

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

RE:                                )
                                   )
James Bennett Phillips, Jr.,        )
                                   )
Michelle Allen Phillips            )    Chapter: 13
                                   )
                                   )
                    Debtor (s)     )
_____

### Certification of Verifying Creditor Matrix

**The above named debtor(s), or attorney for the debtor(s) if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, typed hard copy in a scannable format or by ECF Text File Upload has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.**

**Master mailing list of creditors submitted via:**

> **(a)_____Computer Diskette**

> **(b)_____Scannable Hard Copy**

> **(c) X    ECF Text File Upload**

January 29, 2007                     /s/ James Bennett Phillips, Jr.
Date                                 James Bennett Phillips, Jr.


                                     /s/ Michelle Allen Phillips
                                     Michelle Allen Phillips


                                     /s/ Michael J. Cox
                                     Michael J. Cox, Esquire
                                     District Court ID No. 0339
                                     PO Box 475
                                     Columbia, SC  29202
                                     803-254-6041